UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**19 CV 11123**

Jason Berry #15A1433

*(In the space above, enter the full name(s) of the plaintiff(s)/petitioners).)*

____ Civ. _____ (__)(__)

-against-

Attorney General of SNY et. al

**REQUEST TO PROCEED IN FORMA PAUPERIS**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Jason Berry , *(print or type your name)* am the plaintiff/petitioner in the above-entitled case and I hereby request to proceed in *forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   _____
   _____

   RECEIVED DEC - 4 2019 PRO SE OFFICE

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**
   Vocational Program (Custodial Maintanance) State pay.

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.
   State pay, Daughters Mother, Friends, Unspecified Amount.
   a) Are you receiving any public benefits?   ☒ No.   ☐ Yes, $_____.
   b) Do you receive any income from any other source?   ☒ No.   ☐ Yes, $_____.

Rev. 05/2010                                1

4. Do you have any money, including any money in a checking or savings account? If so, how much?

   ☒ No.    ☐ Yes, $_____.

5. Do you own any apartment, house, or building, stock, bonds, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☒ No.    ☐ Yes, $_____.

6. Do you pay for rent or for a mortgage? If so, how much each month?

   ☒ No.    ☐ Yes, $_____.

7. List the person(s) that you pay money to support and the amount you pay each month.

   None

8. State any special financial circumstances, which the Court should consider.

   Employed by Doccs Prisoners Pay Rate.

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 26TH day of NOVEMBER, 2019.

RICHARD P. WISSLER
Notary Public, State of New York
No. 01WI6397822
Qualified in Orange County
My Commission Expires on September 9, 2023

_____
Signature

Rev. 05/2010                             2