**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

PRO BONO FUND VOUCHER
AND REQUEST FOR REIMBURSEMENT

I, <u>Daria Gerasimova</u>, duly appointed as counsel pro bono to

represent <u>Jason Berry</u> in the matter of

<u>Berry</u> v. <u>C.O. Dart et al.</u>

Civil Action No. <u>9:19</u>-CV-<u>1570</u>, hereby request reimbursement pursuant to Local Rule 83.3

for expenses incurred in the representation of my pro bono client in the amount of $ <u>$ 290.00</u>.

I certify that the expenses, a detailed copy of which are attached hereto, are reasonable

and necessary. I further understand that absent prior approval of the court, cumulative expenses

in this matter will not exceed $2,000.00.

Dated: <u>March 6, 2023</u>.

Counsel Pro Bono (Signature): _Daria Gerasimova_

The above application of counsel pro bono is fair and reasonable and payment is
requested from the Northern District of New York's Pro Bono Fund.

Dated: _____.

Presiding Judge (Signature): _____

**IT IS SO ORDERED.**

Dated: _____.

_____
Chief U.S. District Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## Pro Bono Expense Voucher

**Attorney(s) Name:** Daria Gerasimova

**Law Firm Name:** Ferrara Fiorenza PC

**Mailing Address of Law Firm:** 520 Columbia Dr. Suite 204

**City/State/Zip:** Johnson City, New York 13790

I hereby request payment be made for Pro Bono services performed in:

**Case Number:** 9:19-cv-01570-DJS

**Party Represented:** Jason Berry

**Dates of Service:** From: 4/26/2022    To: 3/2/2023

*Rates Effective October 2021 through September 2022*
See mileage rates for Northern District of New York

| GSA PER DIEM RATES: (Recommended) | Lodging | Meals |
|---|---|---|
| Syracuse | $101 | $64 |
| Albany | $114 | $69 |
| Utica | $96 | $59 |
| Binghamton | $101 | $64 |
| Plattsburgh | $96 | $59 |

*Only actual expenses may be claimed

**GRAND TOTAL VOUCHER AMOUNT**

$ 290.00

Finance Audit_____ Date: _____

I certify that I rendered the services described herein, that said services are fair and reasonable and payment is requested from the Northern District of New York's Pro Bono Fund. I further understand that absent prior approval of the Court, cumulative expenses in this matter will not exceed $2,000.00.

**Attorney Signature:** *Daria Gerasimova*    Date: 3/6/2023

*Must provide receipts if your expenses include airfare, lodging, rental car and expenses $50.00 and over.

*Please submit your voucher via ECF using "Motion for Disbursement of Funds" event.

*If you have an expense over $500.00, travel expenses or your voucher exceeds $2,000.00, please fill out the attached Authorization Request Form.

# Pro Bono Other Expenses

*Any expenses in excess of $500.00 should receive the Court's prior approval. Please see guidelines for further details.

Attorney(s): <u>Daria Gerasimova</u>

| DATE | EXPENSE TYPE | NOTES/PURPOSE | TOTAL EXPENSE AMOUNT |
|---|---|---|---|
| 2/10/23 | Service of subpoena | Witness Subpoena | $ 290.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL: | $ 290.00 |

4

**D & M Litigation Services**
PO BOX 232
North Syracuse, NY 13212

RECEIVED

FEB 14 2023

FERRARA FIORENZA PC

**INVOICE: 8364535**
Issued: Feb 10, 2023
Sent to: SUE AGATI

**FERRARA FIORENZA PC**
SUE AGATI
290 LINDEN OAKS SUITE 230
ROCHESTER, NY 14625



PAY TO:
D & M Litigation Services
PO BOX 232
North Syracuse, NY 13212

| Case: | 9:19-CV-01570-TJM-DJS | Plaintiff / Petitioner: | JASON BERRY, |
|-------|-----------------------|-------------------------|--------------|
| Job: | 8364535 | Defendant / Respondent: | C.O. DART, C.O. MURRAY, C.O. PENNELLO, AND SGT PYKE |

| Item | Description | Cost | Quantity | Total |
|------|-------------|------|----------|-------|
| | 2/10 SERVICE OF SUBPOENA | $0.00 | 0 | $0.00 |
| Out of County Service | RYAN PENNELLO | $80.00 | 1 | $80.00 |
| Out of County Service | JEFFREY CLAFLIN | $80.00 | 0.5 | $40.00 |
| Out of County Service | STEVEN PYKE | $80.00 | 0.5 | $40.00 |
| Out of County Service | DANIEL MURRAY | $80.00 | 0.5 | $40.00 |
| Out of County Service | RICHARD DART | $80.00 | 0.5 | $40.00 |
| RUSH FEE | RUSH SERVICE REQUESTED. | $10.00 | 5 | $50.00 |

| | |
|---|---|
| Thanks for your business. Please pay the "Balance Due" within 21 days. | Total: $290.00 |
| | Amount Paid: ($0.00) |
| | **Balance Due: $290.00** |

D & M Litigation Services • PO BOX 232, North Syracuse, NY 13212

Call: 315-534-8776 • Email: info@dmlitigation.com